The Pennsylvania Company for Insurance on Lives and Granting Annuities, Trustee and Administrator of C. H. Baker, deceased, *v.* The American Fire Insurance Company, Appellant.

Argued March 22, 1897. Appeal, No. 437, Jan. T., 1896, by defendant, from decree of C. P. No. 4, Phila. Co., June T., 1893, No. 770, on bill in equity. Before GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Affirmed.

*E. Hunn Hanson* with him *J. P. Townsend*, for appellant.

*John G. Johnson* and *Geo. Tucker Bispham*, with them *John Hampton Barnes*, for appellee.

OPINION BY MR. JUSTICE DEAN, April 19, 1897:

There is no substantial distinction between the facts in this case and those in the case between same plaintiff and Franklin Fire Insurance Company, in which last, opinion and decree have been handed down this day, ante, p. 40. For the reasons given in that case, the decree of the court below is affirmed in this one.